IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHIRLEY BRADFORD                                                                PLAINTIFF

V.                                                          Civil Action No. 1:20-cv-116-GHD-DAS

C.R. BARD, INC, and
PERIPHERAL VASCULAR, INC.                                     DEFENDANTS

## ORDER

Having examined the foregoing Stipulation of Dismissal [12] of Shirley Bradford's claims in the above-captioned matter filed by the parties seeking the dismissal of Shirley Bradford's claims without prejudice, the Court finds that the agreed-upon Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Shirley Bradford's claims without prejudice is GRANTED.

SO ORDERED, this, the 3rd day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE